UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
JAN 19 2022
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
V. ) CAUSE NO.
)
TOMMY LEE HARRISON, SR., ) 1:22-cr-0011 JMS DLP
)
Defendant. )

## INDICTMENT

COUNT 1
18 U.S.C. § 1952(a)
Interstate Travel in Aid of Racketeering Enterprises

The Grand Jury charges that:

From on or about October 28, 2021, continuing through and including October 29, 2021, in Fayette County, Indiana, within the Southern District of Indiana and elsewhere, TOMMY LEE HARRISON, SR., defendant herein, traveled in interstate commerce with the intent to commit and did commit any crime of violence, to wit: arson, to further any unlawful activity, to wit: arson.

All in violation of Title 18, United States Code, Section 1952(a)(2)(B).

A TRUE BILL:

FOREPERSON

ZACHARY A. MYERS
United States Attorney

By: _____
Bradley P. Shepard
Assistant United States Attorney