```
MIME-Version:1.0
From:cmecf_ALND@alnd.uscourts.gov
To:ecfAdmin@alnd.uscourts.gov
Bcc:
--Case Participants: Kevin L Butler (alnfd_notice@fd.org), John G Camp
(john.camp@usdoj.gov), Allison Case (allison_case@fd.org), Prim F. Escalona, US Attorney
(caseview.ecf@usdoj.gov), US Probation (alnpdb_cmecf@alnp.uscourts.gov), USM
(usms-aln-courts@usdoj.gov), Magistrate Judge John H England, III
(england_chambers@alnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:5315841@alnd.uscourts.gov
Subject:Activity in Case 2:22-mj-00072-JHE USA v. Harrison Initial Appearance - Rule
5(c)(3)
Content-Type: text/html
```

# U.S. District Court

# Northern District of Alabama

## Notice of Electronic Filing

The following transaction was entered on 2/17/2022 at 4:14 PM CST and filed on 2/17/2022

| | |
|---|---|
| **Case Name:** | USA v. Harrison |
| **Case Number:** | 2:22–mj–00072–JHE |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Minute Entry for proceedings held before Magistrate Judge John H England, III:Initial Appearance in Rule 5(c)(3) Proceedings & Attorney Appointment as to Tommy Lee Harrison, Sr held on 2/17/2022; Deft present and deemed eligible for court appointed counsel; FPD (Case) appointed; AUSA Camp; USP Williams; Court confirmed deft's identity on the record; Rights and charges explained; Govt requested detention; Deft requested a detention in NDAL; Deft remanded to USM custody; hrg adj (MRR, )**

**2:22–mj–00072–JHE–1 Notice has been electronically mailed to:**

Prim F. Escalona, US Attorney &nbsp &nbsp Caseview.ecf@usdoj.gov

US Probation &nbsp &nbsp alnpdb_cmecf@alnp.uscourts.gov

USM &nbsp &nbsp usms–aln–courts@usdoj.gov

Allison Case &nbsp &nbsp Allison_Case@fd.org

John G Camp &nbsp &nbsp John.Camp@usdoj.gov

Kevin L Butler &nbsp &nbsp ALNFD_Notice@fd.org

**2:22–mj–00072–JHE–1 Notice has been delivered by other means to:**